UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAL SALEH,
      Plaintiff,

v.                                               Case No. 09-10033
                                                 Honorable Patrick J. Duggan

HOME LOAN SERVICES, INC., d/b/a
NATIONAL CITY HOME LOAN SERVICES,
INC., d/b/a FIRST FRANKLIN LOAN
SERVICES,
      Defendant.
_____/

## JUDGMENT

Plaintiff filed this action in the Circuit Court for Wayne County, Michigan, after foreclosure proceedings were instituted with respect to real property located at 7518 Kingsbury Street in Dearborn Heights, Michigan.  Defendant Home Loan Services, Inc. ("HLS") removed the action to federal court on January 6, 2009.  HLS subsequently filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c).  The Court granted summary judgment to HLS in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: August 17, 2009                     s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Edward L. Ewald, Jr.
Kassem M. Dakhlallah
William G. Asimakis, Jr.
Julie L. Druzinski